UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAGHARSHAK HAKOBYAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES ET AL,<br><br>Defendant. | Case No. 2:23-cv-04411-HDV-MARx<br><br>**JUDGMENT** |

1

On the parties' stipulation, the Court dismissed the City of Los Angeles and the Los Angeles Police Department. [Dkt. No. 42]. On January 8, 2025, the Court dismissed Plaintiff's claims against Officer Francisco Valles. [Dkt. No. 46]. On February 5, 2025, the Court dismissed Plaintiff's claims against Officer Daniel Lopez. [Dkt. No. 62].

Plaintiff Vagharshak Hakobyan recovers nothing. Defendants shall recover their costs in accordance with Fed. R. Civ. P. 54.

The Court shall retain jurisdiction to enforce this judgment.

Judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: February 28, 2025

Hernán D. Vera
United States District Judge